FILED IN OPEN COURT
ON 10-27-2026 BC
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:26-CR-231-D-RJ

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELIZABETH MARGARET CRUDUP<br>a/k/a "Elizabeth Longman" | )<br>)<br>)<br>)<br>)<br>)<br>) | **INDICTMENT** |

The Grand Jury charges that:

**COUNT ONE**

On or about October 18, 2024, in the Eastern District of North Carolina, the Defendant, ELIZABETH MARGARET CRUDUP also known as "Elizabeth Longman", an alien in the United States, did knowingly make a false statement and claim that she was a citizen of the United States in order to vote in a Federal, State, and local election, in violation of Title 18, United States Code, Section 1015(f).

[The remainder of this page is intentionally blank.]

## COUNT TWO

On or about October 18, 2024, in the Eastern District of North Carolina, the Defendant, ELIZABETH MARGARET CRUDUP also known as "Elizabeth Longman", an alien in the United States, knowing she was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for the office of President, Vice President, and Member of the House of Representatives, in violation of Title 18, United States Code, Section 611(a).

A TRUE BILL

REDACTED VERSION
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

Foreperson

Date: 10/27/2026

W. ELLIS BOYLE
United States Attorney

BY: KENAN L.W. DRUM
Assistant United States Attorney